IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DONALD TRUMP,
President of the United States, in their
official capacities; PETER BERG,
Director, United States Immigration and
Customs Enforcement St. Paul Field
Office; TODD M. LYONS, Acting
Director, United States Immigration and
Customs Enforcement; KRISTI NOEM,
Secretary, United States Department of
Homeland Security; PAMELA BONDI,
Attorney General of the United States;
MARCO RUBIO, United States
Secretary of State,

          Appellants,

    v.

YANIER GARCIA JIMENEZ,

          Appellee.

25-3031

JOINT STIPULATION TO
DISMISS APPEAL PURSUANT
TO FEDERAL RULE OF
APPELLATE PROCEDURE 42(b)

Pursuant to Federal Rule of Appellate Procedure 42(b), the parties stipulate and agree as follows:

1. On August 1, 2025, Appellee Yanier Garcia Jiminez filed a habeas action under 28 U.S.C. § 2241 against Appellants (collectively, "the United States").

2. On August 14, 2025, the district court entered judgment for Appellee.

3. On October 14, 2025, the United States filed a notice of appeal.

4. The United States has determined that appeal is no longer warranted and wishes to withdraw the instant appeal.

5. No appellate briefs have been filed by either party.

6. The parties make no representations or admissions concerning the merits of the instant appeal.

7. The parties stipulate that the instant appeal is withdrawn with prejudice, pursuant to Federal Rule of Appellate Procedure 42(b), and that each party shall bear its own costs, attorneys' fees, and expenses on or related to this appeal.

2

Appellate Case: 25-3031     Page: 2     Date Filed: 11/05/2025 Entry ID: 5575468

Dated: November 5, 2025.

PETER BERG, Director, United States Immigration and Customs Enforcement St. Paul Field Office, in his official capacities; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; MARCO RUBIO, United States Secretary of State; DONALD J. TRUMP, President of the United States, in their official capacities, Appellants

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:    s/ Eric W. Synowicki
       ERIC W. SYNOWICKI, # 26403
       Assistant U.S. Attorney
       1620 Dodge Street, Ste 1400
       Omaha, NE  68102-1506
       Tel:  (402) 661-3700
       Fax:  (402) 661-3081
       E-mail:
       eric.synowicki@usdoj.gov
       Attorney for Appellants

3

YANIER GARCIA JIMENEZ,
Appellee.


By: *s/ Sydney Hayes*
SYDNEY HAYES, #27051
GUTMAN LAW GROUP
P.O. Box 485
Omaha, NE 68101
Telephone: (402) 319-8897
Facsimile: (402) 319-8897
sydney@gutmanllc.com


## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Eric W. Synowicki
ERIC W. SYNOWICKI
Assistant United States Attorney

4